KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPART-MENT OF CIVIL SERVICE et al., Respondents.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 60 AD3d 216.

Submitted August 10, 2009; decided August 27, 2009

Reported below, 60 AD3d 216.

Motion by Family Watch International for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.